■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM J. McCORMACK, Appellant. — Appeals by defendant, as limited by his motion, from two sentences of the County Court, Suffolk County (Mallon, J.), both imposed September 26, 1983. ¶ Sentences affirmed. No opinion. ¶ This case is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Titone, J. P., Mangano, Boyers and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CONFESSOR NIEVES, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Starkey, J.), rendered December 15, 1981, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence. ¶ Judgment affirmed. ¶ We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606). Titone, J. P., Mangano, Thompson and Brown, JJ., concur.